**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VICTORIA M. WOLFF,**

    Plaintiff,

v.                                  Case No. 8:11-cv-1481-T-30AEP

**AOM FOOD MANAGEMENT, LLC,**
**et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. Upon reviewing the parties' proposed FLSA settlement, the Court concludes that it is appropriate.

It is therefore **ORDERED AND ADJUDGED** that:

1. The parties' proposed settlement (*see* Dkt. #9) is hereby approved.

2. This case is dismissed with prejudice.

3. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-1481.mas.frm